THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK TRUST COMPANY, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.

Argued April 14, 1943; decided May 27, 1943.

*Alfred A. Cook, Chester Rohrlich, Leo B. Kagan* and *Bernard Soman* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.